## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| DAVID WARD | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 5:11-cv-05236 |
| | ) | |
| v. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, David Ward, and for his Motion to Dismiss with Prejudice, states:

1. All matters and things herein in controversy between the Plaintiff, David Ward, and the Defendant, Portfolio Recovery Associates, LLC, have been finally and fully settled and disposed of, and the Plaintiff, David Ward, desires to dismiss with prejudice his cause of action against the Defendant, Portfolio Recovery Associates, LLC.

WHEREFORE, the Plaintiff, David Ward, prays that his Motion to Dismiss with Prejudice be granted and that his cause of action against the Defendant, Portfolio Recovery Associates, LLC, be dismissed with prejudice.

DAVID WARD, Plaintiff

By: /s/ Jennifer Lueker DuCharme
Jennifer Lueker DuCharme, Attorney for Plaintiff
ABA No. 2007248
Wayne Young Law Firm, P.A.
3561 N. College Ave.
Fayetteville, AR  72703
PHONE: (479) 571-8696
FAX:  (479) 571-8984
Email:  jducharme@wayneyounglaw.com